

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| MARIA ELENA VENTURA, | § | No. 08-25-00167-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| MARIO GOMEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCM0672) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED this 18th day of July 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.